# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Pankaj Patel, et al.

                                Plaintiff,

v.                                                                    Case No.: 1:11–cv–05306
                                                                     Honorable James F. Holderman

Global PC Equipment, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 11, 2012:

      MINUTE entry before Honorable James F. Holderman: Parties' joint motion to dismiss [27] is granted. This case is dismissed with prejudice with leave to reinstate for the sole purpose of enter the Consent Judgment in the event of an uncured default. Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.