IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PANKAJ PATEL AND PRASHANT PATEL,

Plaintiff,

vs.

GLOBAL PC EQUIPMENT, INC., BORO VUJASIN AND ENVIRONMENTAL COMPLIANCE, INC.

Defendants.

Case No. 11-cv-5306
Honorable Judge James F. Holderman
Magistrate Judge Young B. Kim

## CONSENT JUDGMENT

This matter has come to be heard on the motion of Plaintiffs; due and proper notice has been given; and the court has been fully advised:

**THE COURT FINDS AS FOLLOWS:**

1. On February 17, 2012, the parties reached a binding settlement agreement before Magistrate Judge Kim.

2. That settlement was reduced to writing, a copy of which is attached as Exhibit A;

3. In accordance with the parties' agreement, Defendants were to make certain installment payments, and if they defaulted and did not cure within the fourteen-day cure period, Plaintiffs have the right to have this Consent Judgment entered.

4. Defendants have defaulted and not cured, but prior to that default Defendants made payments amounting to $___0___.

5. According to the parties' agreement, therefore, Plaintiffs have the right to have a consent judgment entered in this case the amount of $450,000 less the $___0___ previously paid.

Now, therefore, this Court enters judgment against Defendants jointly and severally in the amount of $ __450,000__ ($450,000 less amounts paid to date).

Entered:

*/s/ James F. Holderman*
Judge

Agreed to this __16__ day of ~~March~~ April, 2012

Plaintiffs Pankaj Patek and
Prashant Patel

By: _____
One of Their Attorneys

Defendants Boro Vujasin, Global PC Equipment, Inc., and Environmental Compliance, Inc.

By: _____
One of Their Attorneys